# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:05-cv-03375-FMC-AJWx | Date | January 23, 2009 |
|---|---|---|---|
| Title | Vibhu Talwar et al v. Creative Labs Inc | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER DENYING MOTION     (In Chambers)

The Court has read and considered the Motion of Fleishman & Fisher for Order Clarifying and Enforcing Attorney's Fees Order [164], the Opposition of Strange & Carpenter, and the Reply.

In November 2008, Fleishman & Fisher sought the same relief requested here, by way of an Ex Parte application. The Court denied the request in an Order, which stated: "No good cause having been shown, the Application is DENIED." The terseness of the Minute Order apparently left moving parties with the impression that the Court was denying ex parte relief, without reaching the merits of the request.

The Court will try to be more precise. This Motion is DENIED on its merits. Counsel for plaintiff submitted requests for attorneys' fees in connection with the settlement of this class action. The Court, using the lodestar method of evaluating hours spent and rates charged, awarded fees separately to each firm. That Order is unequivocal and needs no clarification. A dispute has since arisen between the law firms over the meaning and effect of a contract entered into between them on the division of fees.

That contract is not before the Court. It is not part of the issues litigated in this case, and its impact is to be resolved by counsel in a manner that is independent of this lawsuit, (which is between the members of the class and Creative Labs, Inc., not between plaintiffs' attorneys).

This action is closed, and no further motions or documents may be filed.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |